Farnsworth, Inc., Appellant, v. Liederman Manufacturing Company, Appellee.

Gen. No. 42,271.

*opinion filed* January 25, 1943; rehearing denied February 9, 1943. Teller, Levit & Silvertrust, for appellant; Blanksten & Lansing, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."